

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00158-CR

**JOHN WESLEY VAUGHN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court
Brazos County, Texas
Trial Court No. 15-00320-CRF-85**

## O R D E R

Appellant's Motion for Extension of Time to File Appellant's Motion for Rehearing

is granted. Appellant's Motion for Rehearing is due January 14, 2019.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed January 2, 2019

